pro se
4704 w 156 st
Cleveland, Ohio 44135



FILED

JAN 10 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT

COURT FOR THE NORTHERN DISTRICT

OF OHIO EASTERN DIVISION

| Kelly Slobodian, *et al.*, | Case No.: 1:24-CV-01792 |
|---|---|
| Plaintiff | |
| | Judge Dan Aaron Polster |
| v. | |
| CITY OF CLEVELAND, *et al.*, | **PLAINTIFFS' MOTION FOR LEAVE TO AMEND, CLARIFY, OR OTHERWISE RESPOND TO COMPLAINT WITHIN 45 DAYS** |
| Defendants | |

Now comes the Plaintiffs, Kelly Slobodian, et al, pro se, hereby requests a 45 day extension, until and including March 5, 2025, in which to answer, plead or otherwise respond,

PLEADING TITLE - 1

amend, and clarify federal nature of claims. Currently, a response is due at or around January, 20, 2025 as we were not served Defendant's response.

The Plaintiffs will need additional time to respond and amend complaints. Plaintiffs have had increased and ongoing medical treatments related to complaint, limited access to legal resources, and plan to seek out legal counsel for further support. No previous extension has been sought or granted. This motion is not made in bad faith and is not interposed for delay. Rather, it is to allow sufficient time to clarify and amend the federal nature of claim. Plaintiffs left a voicemail and a email was sent to Defendant requesting if an extension would be opposed. Unfortunately, no response was provided by Defendants. Accordingly, as not to continue delay and await response, Defendants respectfully request an extension of 45 days, up to and including March 5, 2025, to answer, amend, and clarify federal nature of claim.

Respectfully submitted,

Kelly Slobodian et, al, pro se

4704 West 156 Street Cleveland, OH 44135

CERTIFICATE OF SERVICE The undersigned certifies the above document was filed electronically this 9th day of January, 2025. Notice of this filing will be sent to registered parties by operation of the Court's electronic filing system, who may access the filing through the Court's filing system. Further, this document was sent by U.S. Mail to the following:

(pro se)
4704 W 156 st
Cleveland Ohio 44135

PLEADING TITLE - 2