# Fw: CR-22-674969/Steven Rogers/ complaint ☆

**KS** **Me** 🔗 6/28/23
To: mayorbibb@clevelandohio.gov ﹀

Sent from AT&T Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, June 28, 2023, 12:40 PM, KELLY L SLOBODIAN <kslo75@sbcglobal.net> wrote:

**Show trimmed content**

📄 noticeofviolation.pdf

📄 compaint.pdf

📄 stevenknowles.pdf

1:24-CV-01792

# Fw: CR-23-686598

**Me** 🖇 1/22/24
To: mayorbibb@clevelandohio.gov ⌃

From:
KELLY L SLOBODIAN
kslo75@sbcglobal.net

To:
mayorbibb@clevelandohio.gov

Date:
Jan 22, 2024 at 3:31 PM

Sent from AT&T Yahoo Mail for iPhone

Begin forwarded message:

On Monday, January 22, 2024, 3:29 PM, KELLY L
SLOBODIAN <kslo75@sbcglobal.net> wrote:

Show trimmed content

 **Humphrey,...** Jan 9, 2024   •••

to me, Morgyn, rdoherty... ⌄

Thanks again Mr. Thomas – this was also received and forwarded for review.

--**Joyce Humphrey**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mrs. Slobodian,

Attached to this email is an OPS Complaint form.
In regards to your OPS case involving P.O. Irby
#2545; I am looking into this matter for you. I will
get back in touch with you via e-mail to give you
an update once I find out additional information.

Hope you're having a wonderful day today !

Respectfully,



1:24-CV-01792