1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Mayor's Town Hall July 17, 2024 / Gunning Rec Center

1:24-CV-01792